UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TERI JO TIEGLAND and TIM GRUETT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CHECKRITE RECOVERY SERVICES, INC., d/b/a Checkrite,

Defendant.

Civil No. 00-1298 (DSD/JMM)

ORDER

The undersigned Court has been advised that the above matter is in the process of being transferred to and/or consolidated with Sonmore v. CheckRite, et al., Civil No. 99-2039 (DDA/FLN). Therefore, the pretrial conference scheduled before the undersigned on September 22, 2000 at 2:00 p.m. is canceled.

Dated: September 20, 2000

JOHN M. MASON
United States Magistrate Judge

Filed SEP 20 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________